■ DeKalb Norse Realty Corp., Appellant, v State of New York, Respondent. [624 NYS2d 929] —Apeal by the plaintiff from an order of the Supreme Court, Kings County (Huttner, J.), dated February 23, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Huttner at the Supreme Court. Bracken, J. P., Rosenblatt, Lawrence, Krausman and Goldstein, JJ., concur.